**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.facebook.com/photo/?fbid=5409527785729022&set=pcb.5409527849062349



**EXHIBIT 2:** INFRINGEMENT #2
URL: https://www.facebook.com/photo/?fbid=5409527782395689&set=pcb.5409527849062349



**EXHIBIT 2:** INFRINGEMENT #3
URL: https://www.facebook.com/photo/?fbid=6017088881639573&set=pcb.6017089124972882



**EXHIBIT 2:** INFRINGEMENT #4
URL: https://www.facebook.com/photo?fbid=6017088884972906&set=pcb.6017089124972882



**EXHIBIT 2:** INFRINGEMENT #5

URL: https://www.facebook.com/photo?fbid=593059129507962&set=pcb.593059186174623



**EXHIBIT 2:** INFRINGEMENT #6
URL: https://www.instagram.com/walkerwear/p/CLu0h7eMfBR/?utm_source=ig_embed



**EXHIBIT 2:** INFRINGEMENT #7

URL: https://www.instagram.com/walkerwear/p/CZpsc8nPKdF/?img_index=3

